Derrick BARNES, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Secretary John E. Wetzel, Appellees.

Supreme Court of Pennsylvania.

Dec. 16, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of December, 2013, the order of the Commonwealth Court is **AFFIRMED.**